# United States District Court
## For The Western District of North Carolina
## Statesville Division

FLOYD JUNIOR POWELL,

    Plaintiff(s),

vs.

LIEUTENANT TONY A. KELLER, ET AL.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV121-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2007, Order.

Signed: November 15, 2007

Frank G. Johns, Clerk
United States District Court